United States District Court
for the _____ District of nebraska
_____ Division

case no. 8:22CV203

binyamin el i.c.d.n
    plaintiff

-v-

Vernon C.R. Daniels
kimberly M. Pankonin
Douglas County Correctional
    Center
Department of Health and Human Services

Jury trial ☐ yes ☑ no

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUN 06 2022
OFFICE OF THE CLERK

Complaint for a Civil Case

I. the parties to this complaint

  a. Plaintiff

    moorishe nationall reepublic federall gouvernmente
    moorishe amerikan konsulate
    binyamin el in capitis diminutio nolo
    710 south 17th street
    near [omaha nebraska district]
    empire state uv morocco
    annciente woshitah duadah moundyah terratory

  b. defendants

    def. no. 1    Vernon C.R. Daniels
      separate Juvenile Court for Douglas County Nebraska.
      room # 600 hall of Justice
      17th farnam street
      Omaha nebraska 68183   (402) 444-7121

    def. no. 2.   kimberly m Pankonin
      Douglas County District Court
      #fa Hall of Justice
      17th farnam st, Omaha nebraska 68183
      (402) 444-5387

RECEIVED
JUN 06 2022
CLERK
U.S. DISTRICT COURT

def no. 3    Douglas County Correctional Center
710 south 17th street
Omaha Nebraska 68102

def no. 4    Department of Health and human Services

II. basis for Jurisdiction : federal question
  a. federal statutes and u.s. const. provisions at issue in this case
      (22 u.s.c. sec. 141-143)
      (18 u.s.c. sec. 241-242)
      (article 1 sec. 9 and 10 u.s. constitution)

III statement of claim

Vernon Daniels in collusion with the Department of health and human Services have removed my children from our home under color of law and attempting to deprive me of other unalienable and inherent rights by the use of the nebraska revised statutes § 43-247, 43-1505(5), 43-1505(4), 79-221(a), 79-201, 79-217.

kimberly Pankonin in collusion with the Douglas County Correctional Center have deprived me of my rights, liberties and property under color of law. i have been unlawfully detained by way of an interlocutory sentence; a conviction without a trial which constitutes a bill of attainder and that is a violation of art. 1 sec. 9 and 10 of the u.s. constitutio where it states "no state shall pass any bill of attainder.

no united states company, corporation, citizen has subject matter Jurisdiction, territorial jurisdiction, or persona jurisdiction over me or any moor who are the sovereign autochthonous natural devine heirs of the land, the moorishe amerikan konsulate, and the moorishe nationall reepublic federall governmente. (22 u.s.c. sec 141-143.)

IV relief

relief can be granted by the immediate dismissal of Vernon Daniels case JV21-725 and kimberly Pankonins case 21-2935, as well as the Department of Health and Human Services immediately releasing my children back to me and their mother, and my immediate release from the Douglas County Correctional Center. i would also like my bond money back in full (that means without the 10% taken out)

V Certification and Closing

Under federal rule of civil Procedure 11, by signing below, i certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if so specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of rule 11.

I agree to provide the Clerk's office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's office may result in the dismissal of my case.

kronos June 1st 1443 a.m.c. /2022 g.r.c. / 38 bin el calendar

ego sum binyamin el in capitis diminutio nolo

*b. el* i.c.d.n

binyamin el i.c.d.n (pre. known) ben draper i.c.d.n
Printed Name

( 2158199 ) ( e5 )
Data #   Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

OMAHA NE 680
3 JUN 2022 PM 3 L

U.S. District Court
District of Nebraska
111 south 18 plaza #1152
Omaha ne 68102

RECEIVED
JUN 06 2022
CLERK
U.S. DISTRICT COURT

68102-132277